DATE: April 5, 2013

REPLY TO
ATTN OF: Joshua Smith, USPO

SUBJECT: Travis T. Crutcher
Case No. 3:08-00055
<u>Request to Travel Outside the United States</u>

On March 4, 2013, Mr. Crutcher contacted this officer requesting permission to travel to Puerto Penasco, Mexico, leaving Nashville on June 11, 2013, and returning to Nashville on June 18, 2013. Mr. Crutcher will be traveling with his girlfriend and two children, his mother-in-law and her fiancé. The purpose of the trip is for a family vacation and to attend the wedding of Mr. Crutcher's mother-in-law and her fiancé. Mr. Crutcher was given permission to travel to the same resort with his family last summer.

Mr. Crutcher began his supervised release on June 21, 2011, and is scheduled to terminate supervision on June 20, 2013. He received a citation on July 10, 2011, for Driving with No License. His license was obtained and the case was dismissed. He has had no further violations while on supervised release.

Should you have any questions in regard to this request, please contact me at (615) 736-5771, extension 119.

☒ Travel request approved.
☐ Travel request denied.

Date: 4-8-13

Thomas A. Wiseman, Jr.
U. S. District Judge